In the Matter of the Application of BERNARD McDONNELL, Petitioner, Respondent, against S. HOWARD COHEN and Others, as Commissioners of Elections, Constituting the Board of Elections in the City of New York, and ISIDORE NAGLER and Others, and BEN HOWE, as Chairman of the City Fusion Party, Appellants.

In the Matter of the Application of ISIDORE NAGLER, JOSEPH L. ZOETZL, GEORGE SALVATORE, ALAZAR KUSHNER and BEN HOWE, as Chairman of the City Fusion Party, Petitioners, Appellants, against S. HOWARD COHEN and Others, as Commissioners of Elections, Constituting the Board of Elections in the City of New York, Respondents.*

First Department, October 27, 1937.

*Walter M. Weis* of counsel, for the appellants.

*Matthew M. Levy* and *Emiel Schlesinger* of counsel, for the American Labor Party.

*Robert H. Schaffe* of counsel, for the Board of Elections.

*Walter A. Lynch* of counsel, for the respondent Bernard McDonnell.

PER CURIAM. The board of elections were within their rights when they reconsidered their original determination and rejected the petition. This ruling cast on the appellants the burden of establishing that the petition contained the required number of valid signatures. It was conceded upon the argument that this was not established by the record before us. The record does contain affirmative proof tending to support the ruling of the board.

The orders should be affirmed.

Present — MARTIN, P. J., TOWNLEY, UNTERMYER, COHN and CALLAHAN, JJ.

In McDonnell proceeding: Order unanimously affirmed.
In Nagler proceeding: Order unanimously affirmed.